# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2136

_____

| | | |
|---|---|---|
| Moosbrugger, Dvorak & Carter, P.L.L.P., | * * * | |
| Appellant, | * * * | Appeal from the United States District Court for the District of North Dakota. |
| v. | * * | |
| Froelich-Paulson-Moore, Inc.; Auto-Owners Insurance Company, | * * * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: April 24, 2000

Filed: April 26, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Moosbrugger, Dvorak & Carter, P.L.L.P. (MDC) appeals the district court's grant of summary judgment in favor of Froelich-Paulson-Moore, Inc. and Auto-Owners Insurance Company (collectively the appellees), in MDC's suit for additional coverage under a standard flood insurance policy issued under the National Flood Insurance Act, 42 U.S.C. §§ 4001-4129. After review of the records and the parties' briefs, we agree with the district court that the appellees were entitled to summary judgment for the reasons expressed in the court's order.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.